DIANA G. ADAMS
United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Telephone: (212) 510–0500
By: Greg M. Zipes
Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
                                                     : Case No. 08-23404 (RDD)
In re                                        :
                                                     :
TRACY HUMPHREY,              : (Chapter 13)
                                                     :
                         Debtor.    : <u>NOTICE OF WITHDRAWAL OF MOTION</u>
                                                     :
--------------------------------------------------------- x

      PLEASE TAKE NOTICE that the United States Trustee withdraws her Motion for a

Bankruptcy Rule 2004 examination (Docket No. 24) without prejudice.

Dated: New York, New York
       June 10, 2010

                                              DIANA G. ADAMS
                                              UNITED STATES TRUSTEE

                             By:   <u>/s/ Greg M. Zipes</u>
                                    Greg M. Zipes (GMZ-4539)
                                    Trial Attorney

                                    33 Whitehall Street
                                    21st Floor
                                    New York, New York 10004-2112
                                    Tel. No. (212) 510-0500
                                    Fax. No. (212) 668-2255